*Charles Burke,* pro se, in support of the petition.

Decided November 4, 1993

DENISE M. ORSI ET AL. *v.* ROSE A. SENATORE, COMMISSIONER OF CHILDREN AND YOUTH SERVICES

The defendant's petition for certification for appeal from the Appellate Court, 31 Conn. App. 400 (AC 10363), is granted, limited to the following issues:

"1. Does a foster parent have standing to make the legal claims of a foster child in her care?

"2. Does the failure to provide a pre-removal administrative hearing procedure to foster parents in back-to-family placements violate the foster child's constitutional rights?"

The Supreme Court docket number is SC 14799.

*Linda Pearce Prestley,* assistant attorney general, in support of the petition.

*Susan K. Smith* and *Hope C. Seeley,* in opposition.

Decided June 24, 1993